IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRY L. RANSON,
    Plaintiff,

vs.                                        Case No.: 3:11cv431/RV/CJK

STATE OF FLORIDA,
    Defendant.

___

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this civil rights action on September 12, 2011, by filing a complaint under 42 U.S.C. § 1983. (Doc. 1) Plaintiff failed to pay the filing fee or include a motion to proceed *in forma pauperis* and was given thirty (30) days to do so. (Doc. 3) Having received no response from plaintiff, the court issued a show cause order giving plaintiff fourteen (14) days to show cause why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court. (Doc. 4) To date, plaintiff has failed to comply or explain his inability to do so.

    Accordingly, it is respectfully RECOMMENDED:

    1.    That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

    2.    That the clerk be directed to close the file.

DONE AND ORDERED this 17th day of January, 2012.

/s/ *Charles J. Kahn, Jr.*

CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).